# IN THE SUPREME COURT OF THE STATE OF NEVADA

KELLY MCMAHON,
                Appellant,

vs.

CORINNA SALDAHNA, D.O., AN INDIVIDUAL,
                Respondent.

No. 80683

**FILED**

MAR 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Richard Scotti, District Judge
        Black & LoBello
        Carroll, Kelly, Trotter, Franzen, McBride & Peabody/Las Vegas
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-10371